# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

|  |  |  |
|---|---|---|
| **STEVEN E. HIX,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO.** |
| | ) | **2:11-cv-00070** |
| **FEDERAL NATIONAL MORTGAGE** | ) | |
| **ASSOCIATION, CITIMORTGAGE, INC., and** | ) | **JUDGE SHARP** |
| **TENNESSEE FARMERS MUTUAL** | ) | **MAGISTRATE JUDGE BRYANT** |
| **INSURANCE CO.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER GRANTING DISBURSEMENT OF FUNDS

Upon the Joint Motion of Plaintiff Steven E. Hix and Defendants Federal National Mortgage Association and CitiMortgage, Inc. to disburse funds previously paid into Court by Tennessee Farmers Mutual Insurance Co., the Court hereby finds as follows:

IT IS HEREBY ORDERED that the Clerk of this Court is hereby directed to disburse to the Trust Account of R. Luke Chaffin, Esq., attorney for Steven E. Hix, the funds previously paid into Court by Tennessee Farmers Mutual Insurance Co. in the amount of $204,500.00 (together with accrued interest, if any).

DONE and ORDERED this '8\j 'f c{ "qh'O ctej ."42340

_Kevin H. Sharp_____
DISTRICT COURT JUDGE

APPROVED FOR ENTRY:

*/s/ James A. Haltom*_____
David W. Houston, IV (BPR #20802)
James A. Haltom (BPR #28495)
BURR & FORMAN LLP
700 Two American Center
3102 West End Avenue
Nashville, TN 37203
Telephone: (615) 724-3237
Facsimile: (615) 724-3337
Email: dhouston@burr.com
        jhaltom@burr.com

*Attorneys for CitiMortgage and FNMA*

*/s/ R. Luke Chaffin (w/permission)*_____
R. Luke Chaffin (BPR # 022724)
Michael R. Giaimo (BPR # 019394)
Attorneys for Plaintiff
204 N. Washington Ave.
Cookeville, TN 38501
Telephone: (931) 372-7515
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been

forwarded by electronic means via the Court's electronic filing system on March 23, 2012:

R. Luke Chaffin
Michael R. Giaimo
Attorneys for Plaintiff
204 N. Washington Ave.
Cookeville, TN 38501
*Attorneys for Plaintiff*

                                        */s/ James A. Haltom*_____
                                        James A. Haltom